■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON HAMILTON, Appellant.—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). The sentence imposed was neither harsh nor excessive. (Appeal from Judgment of Erie County Court, McCarthy, J.—Assault,

1st Degree.) Present—Callahan, J. P., Green, Balio, Davis and Doerr, JJ.